**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LORI BAZINETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PREGIS LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:23-cv-02246 |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Pregis, LLC, through its undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, move to dismiss with prejudice the Complaint of Lori Bazinett.

In support of its Motion, Defendant files contemporaneously herewith and incorporates herein its Memorandum in Support of its Motion to Dismiss.

DATED: JUNE 5, 2023.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Jennifer H. Kay
　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　**PREGIS, LLC**

Jennifer H. Kay (ARDC No. 6226867)
**OGLETREE, DEAKINS, NASH,
　SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*jennifer.kay@ogletree.com*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on June 5, 2023, the foregoing *Defendant's Motion to Dismiss* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

Philip L. Fraietta
Yitzchak Kopel
Alec M. Leslie
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone:    646.837.7150
Facsimile:    212.989.9163
ykopel@bursor.com
aleslie@bursor.com

*Attorneys for Plaintiff*

                                                     /s/ Jennifer H. Kay